IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
_____ DIVISION

__Carolyn Byrd__
(Enter Above the Name of the Plaintiff in this Action)

vs.

__Arica Lynn Underwood__
(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

_____

_____

_____

**RECEIVED**

AUG 21 2013

JOHN P. HEHMAN, CLERK
CINCINNATI, OHIO

**1:13CV579**

J. BECKWITH

MJ. LITKOVITZ

## COMPLAINT

1. Parties to the action:

   Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required

   __Carolyn Byrd__
   Name (Full) Name Please - PRINT

   __1515 Fremantle Drive__
   Street Address

   __Cincinnati Ohio 45240__
   City, State and Zip Code

   __(513) 501-8557__
   Telephone Number

   If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. __Erica Lynn Underwood__
   Name - Full Name Please
   __Public Defenders 230 E Ninth Street #2000 Cincinnati Ohio 45240__
   Address: Street, City, State and Zip Code

2. __Public Defenders Office__

3.

4.

5.

6.

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

## II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☑ Title 28 U.S.C. § 1343(3)
[A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐ Title 28 U.S.C. § 1331
[A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
[A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☑ Title ____ United States Code, Section ____
[Other federal status giving the court subject matter jurisdiction.]

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

Breach of Contract: Defendant was hired Date of 6/29/07 Failed to fulfill contract by not communicating Court Dates mis deadlines part of case dismissed because of negligence. Failed to communicate dismissal of part of case.

Fraud: Defendant submitted official court Affadavit - In my name as indigent in order to utilize money paid to her for own personal use. I was not indigent at time.

Failed to maintain seperate account for business purposes

Obstruction of Justice: with the assistance of Karen Osmond or Ohio Supreme Court tried to bribe me to drop complaint. During ongoing investigation

Conspiracy -
Identity Theft

-3-

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption.
(Example. Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

| Case Number | Caption |
|---|---|
| 1:09-cv-00725 | Carol Byrd vs. Time Warner Cable |
| 1:12-cv-00455 | Carolyn Byrd vs. Creation Cloud |
| | Carol Byrd vs. Dan Brunell or Steve Weigand |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

Guilty of Fraud, Identity Theft, Obstruction of Justice, Breach of Contract, Conspiracy, Theft

Award 1.5 million punitive
1.5 million Compensatory

I state under penalty of perjury that the foregoing is true and correct. Executed on this 31 day of August, 2013

Signature of Plaintiff: Carolyn Byrd