UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

Carolyn Byrd,
    Plaintiff

-vs-                     Case No. 1:13-cv-579

Arica L. Underwood,
    Defendant

## JUDGMENT

**Jury Verdict.**   This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdicts.

**X**   **Decision by Court:**   This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendation is adopted. Plaintiff's complaint is dismissed with prejudice. A certificate of appealability will not issue. Plaintiff is denied leave to appeal IFP.

Date: November 4, 2013             John P. Hehman, Clerk

                                                By: s/Mary C. Brown
                                                Mary C. Brown, Deputy Clerk